# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG,    )<br>                                                )<br>       Plaintiff,                         )<br>                                                )<br>vs.                                         )<br>                                                )<br>JOHN PERRY, *et al.,*              )<br>                                                )<br>       Defendant.                    )<br>_____/ | 3:11-CV-0918-ECR-VPC<br><br>**ORDER** |

This is an action brought under 42 U.S.C. § 1983 by plaintiff Jason Eric Sonntag a three-strikes plaintiff under 28 U.S.C. § 1915.  Plaintiff now moves the Court to voluntarily dismiss the complaint alleging that he is unable to pay the filing fee and because he is in ill health and has other litigation commitments which require his attention.  Defendants have not been served nor have they appeared.  Good cause showing

**IT IS THEREFORE ORDERED** that plaintiff's Motion to Voluntarily Dismiss (ECF No. 4) is **GRANTED.**  The complaint and this action are **DISMISSED without prejudice.**  The clerk shall enter judgment accordingly.

Dated this 12th day of January 2012.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE