AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JASON ERIC SONNTAG,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:11-CV-0918-ECR-VPC**

JOHN PERRY, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's Motion to Voluntarily Dismiss (Dkt. No. 4) is GRANTED. The complaint and this action are DISMISSED without prejudice.


  January 13, 2012                                 **LANCE S. WILSON**
                                                                 Clerk


                                                         /s/ Katie Lynn Ogden
                                                            Deputy Clerk